| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 JUN 22 PM 3: 22 |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **05-00787** |
| In re:<br>**JOSEPH ALAN ROGERS**<br>**DONNA COLEEN ROGERS**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 3.80 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | JOSEPH ALAN ROGERS<br>DONNA COLEEN ROGERS<br>91-1180 ALANUI MAUKA ST.<br>EWA BEACH, HI 96706<br><br>(DEBTOR REFUND) | $ 3.80 | $ 3.80 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: June 22, 2010          /s/ _____
                                                              Trustee

hib_3011        5/05